P1
635
3/5

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

DOCKET NO. 158-682  DIVISION ____

### SUCCESSION

### OF

### EVAN MATTHEW HARRIS

FILED: _____

FILED
MAR 09 2016
DEPUTY CLERK

DEPUTY CLERK

## LETTERS OF INDEPENDENT ADMINISTRATION

**BE IT KNOWN:**

That FRIEDRICHS H. HARRIS, JR. has been named, appointed and confirmed as Independent Administrator of the late EVAN MATTHEW HARRIS, and having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said deceased, and to perform all other lawful acts as Independent Administrator.

WITNESS our hand and the Seal of said Court,

at the City of Gretna, State of Louisiana,

this  9TH  day of  MARCH  , 2016.

_____
DEPUTY CLERK

IMAGED MAR 09 2016